165 A.3d 474

**WILLIAMS, Harold Eugene**

v.

**STATE of Maryland**

**Pet. Docket No. 121, Sept. Term, 2017**

Court of Appeals of Maryland.

July 31, 2017

Petition for writ of certiorari granted